**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Topical BioMedics, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1777705** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **306 Van Dale Road** **West Hurley, NY 12491** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ulster** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.topricin.com**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Topical BioMedics, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Topical BioMedics, Inc.**          Case number (*if known*) _____
       Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

█ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Topical BioMedics, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Topical BioMedics, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2024**
                    MM / DD / YYYY

**X** /s/ Dennis Barnett                                        **Dennis Barnett**
Signature of authorized representative of debtor        Printed name

Title    **Chairman of the Board**

---

**18. Signature of attorney**

**X** /s/ Michelle L. Trier                    Date **November 11, 2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Michelle L. Trier 1212**
Printed name

**Genova, Malin & Trier, LLP**
Firm name

**1136 Route 9**
**Wappingers Falls, NY 12590**
Number, Street, City, State & ZIP Code

Contact phone    **845-298-1600**        Email address

**1212 NY**
Bar number and State

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 5

**Fill in this information to identify the case:**

Debtor name    **Topical BioMedics, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2024**        X *_/s/ Dennis Barnett_*
_____                Signature of individual signing on behalf of debtor

                        **Dennis Barnett**
                        Printed name

                        **Chairman of the Board**
                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Topical BioMedics, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AltWell RX Inc. 148 N. Main Street Florida, NY 10921 | | Additional address | Contingent Unliquidated Disputed | | | $0.00 |
| American Express Business Gold PO Box 981535 El Paso, TX 79998-1535 | | Business credit card | | | | $79,649.96 |
| CC Data Solutions LLC f/k/a Blue Rive a/k/a Spins 311 W. Huron Street, Suite 900 Chicago, IL 60654 | | Business debt | Contingent Disputed | | | $52,649.15 |
| Centri Business Consulting Services 651 E. Township Line Road, Unit 1663 Blue Bell, PA 19422-5076 | | Business debt; Collection | Contingent Unliquidated Disputed | | | $137,570.00 |
| Centri Valuation Services, LLC 8 Penn Center 1628 JFK Boulevard, Suite 500 Philadelphia, PA 19103 | | Business debt | Contingent Unliquidated Disputed | | | $3,500.00 |
| Commercial Finance Partners, LLC 1200 N. Federal Highway, Suite 201 Boca Raton, FL 33432 | | 90 days or less: Accounts receivable (subject to factoring agreement with Commercial Finance Partners LLC) | | Unknown | Unknown | Unknown |

| Debtor | **Topical BioMedics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Stanton<br>9 Dillworth Court<br>Simpsonville, SC 29681 | | Business loan | | | | $200,000.00 |
| Joseph Mazzarella<br>110 Doyle Road<br>Tolland, CT 06084 | | Advisory fees | | | | $35,000.00 |
| Kapitus LLC<br>2500 Wilson Boulevard, Suite 350<br>Arlington, VA 22201 | | Business debt; Merchant capital advance | | | | $12,150.00 |
| Keller and Heckman LLP<br>1001 G Street NW, Suite 500 West<br>Washington, DC 20001 | | Legal services | | | | $7,006.25 |
| KeyBank<br>PO Box 94831<br>Cleveland, OH 44101-4831 | | All assets of debtor | | $606,129.16 | Unknown | Unknown |
| Konica Minolta Business Solutions USA In<br>100 Williams Drive<br>Ramsey, NJ 07446 | | Business debt | | | | $1,741.10 |
| Main & Jayne Real Estate<br>15 Prices Switch Road<br>Warwick, NY 10990 | | Past-due rent | | | | $8,000.00 |
| Morgan & Sampson<br>11155 Dana Circle<br>Cypress, CA 90630 | | Business debt | | | | $3,755.66 |
| NetSuite<br>2300 Oracle Way<br>Austin, TX 78741 | | Business debt | Contingent Unliquidated Disputed | | | $140,000.00 |
| Newtek Technology Solutions, Inc.<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042 | | Lawsuit pending | Contingent Unliquidated Disputed | | | $206,954.87 |
| PKF O'Connor Davies, LLP<br>500 Mamaroneck Avenue<br>Harrison, NY 10528 | | Accounting services | | | | $20,566.00 |

Debtor   **Topical BioMedics, Inc.**
         Name                                                            Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Propinquity Associates Business & Mgmt 124 Moffatt Road Washingtonville, NY 10992** | | **Business loan** | | | | **$90,000.00** |
| **Steven Spiegel 15 Prices Switch Road Warwick, NY 10990** | | **Unpaid salary (2019-2020)** | | | | **$88,819.58** |
| **Steven Spiegel 15 Prices Switch Road Warwick, NY 10990** | | **Business loans (2)** | | | | **$215,000.00** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Topical BioMedics, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:   **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................    $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................    $    **437,628.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................    $    **437,628.00**

Part 2:   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **1,110,560.25**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **1,302,362.57**

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b    $    **2,412,922.82**

**Fill in this information to identify the case:**

Debtor name **Topical BioMedics, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **KeyBank** | **Business Reward Checking account** | 4170 | $4,268.00 |
| 3.2. | **Mid-Hudson Valley FCU** | **Business checking account** | 9501 | $1,100.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $5,368.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **Topical BioMedics, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **110,000.00** | - | **0.00** | = .... | **$110,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$110,000.00**

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** Inventory | | **Unknown** | Recent cost | **$299,760.00** |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

**$299,760.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Topical BioMedics, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computers (used by employees)** | **Unknown** | **N/A** | **$15,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | **$15,000.00** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2 pallet jacks (powered), 1 hand pallet jack, and pallet wrapping machine** | **Unknown** | | **$2,500.00** |
| **Forklift** | **Unknown** | | **$5,000.00** |

Debtor **Topical BioMedics, Inc.**
Name

Case number *(If known)*

**Work stations located at 306 VanDale Road, West Hurley, NY**

Unknown

Unknown

---

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$7,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:** Real property

54. Does the debtor own or lease any real property?

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark (Topricin); Reg.No. 4,623,990** | Unknown | | Unknown |
| **Trade secret - formula IP (2 original patents expired)** | Unknown | | Unknown |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 4

| Debtor | **Topical BioMedics, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

   **Directors and Officers Insurance Policy (Travelers)** _____     **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.     **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor   **Topical BioMedics, Inc.**   Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,368.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $110,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $299,760.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $437,628.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $437,628.00 |

**Fill in this information to identify the case:**

Debtor name __**Topical BioMedics, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **Commercial Finance Partners, LLC**<br>Creditor's Name<br><br>**1200 N. Federal Highway, Suite 201**<br>**Boca Raton, FL 33432**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Accounts receivable (subject to factoring agreement with Commercial Finance Partners LLC)** | **Unknown** | **Unknown** |

**Describe the lien**
**UCC-1 filed 8/17/22; Factoring agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2** | **KeyBank**<br>Creditor's Name<br><br>**PO Box 94831**<br>**Cleveland, OH 44101-4831**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets of debtor** | **$606,129.16** | **Unknown** |

**Describe the lien**
**UCC-1 filed 3/6/12; continuation filed 9/14/21**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Topical BioMedics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $504,431.09 | Unknown |
|---|---|---|---|---|

Creditor's Name

**26 Federal Plaza, Suite 3100**
**New York, NY 10278**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8102**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the debtor**

**Describe the lien**
**UCC-1 filed 7/26/20**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,110,560.25 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Paul Levine, Esq.**<br>**Lemery Greisler LLC**<br>**677 Broadway, 8th Floor**<br>**Albany, NY 12207** | Line **2.2** | |
| **Sean Kemp, Esq.**<br>**44 West Market Street**<br>**Rhinebeck, NY 12572** | Line **2.2** | |
| **U.S. Small Business Administration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line **2.3** | |

---

**Fill in this information to identify the case:**

Debtor name    **Topical BioMedics, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address
AltWell RX Inc.
148 N. Main Street
Florida, NY 10921

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Additional address__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
American Express Business Gold
PO Box 981535
El Paso, TX 79998-1535

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$79,649.96**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business credit card__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
CC Data Solutions LLC f/k/a Blue Rive
a/k/a Spins
311 W. Huron Street, Suite 900
Chicago, IL 60654

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**$52,649.15**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Centri Business Consulting Services
651 E. Township Line Road, Unit 1663
Blue Bell, PA 19422-5076

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**$137,570.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business debt; Collection__

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Topical BioMedics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Centri Valuation Services, LLC**
**8 Penn Center**
**1628 JFK Boulevard, Suite 500**
**Philadelphia, PA 19103**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**John Stanton**
**9 Dillworth Court**
**Simpsonville, SC 29681**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Joseph Mazzarella**
**110 Doyle Road**
**Tolland, CT 06084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advisory fees**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,150.00 |
|---|---|---|---|

**Kapitus LLC**
**2500 Wilson Boulevard, Suite 350**
**Arlington, VA 22201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt; Merchant capital advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,006.25 |
|---|---|---|---|

**Keller and Heckman LLP**
**1001 G Street NW, Suite 500 West**
**Washington, DC 20001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimberly Gonzales**
**c/o Pacific Trial Attorneys**
**4100 Newport Place Drive, Suite 800**
**Newport Beach, CA 92660**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Civil lawsuit claim**

Last 4 digits of account number  **7952**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,741.10 |
|---|---|---|---|

**Konica Minolta Business Solutions USA In**
**100 Williams Drive**
**Ramsey, NJ 07446**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Topical BioMedics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Main & Jayne Real Estate**
**15 Prices Switch Road**
**Warwick, NY 10990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past-due rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,755.66** |
|---|---|---|---|

**Morgan & Sampson**
**11155 Dana Circle**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00** |
|---|---|---|---|

**NetSuite**
**2300 Oracle Way**
**Austin, TX 78741**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206,954.87** |
|---|---|---|---|

**Newtek Technology Solutions, Inc.**
**1981 Marcus Avenue, Suite 130**
**Lake Success, NY 11042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lawsuit pending__

Last 4 digits of account number __2024__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,566.00** |
|---|---|---|---|

**PKF O'Connor Davies, LLP**
**500 Mamaroneck Avenue**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Accounting services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Propinquity Associates Business & Mgmt**
**124 Moffatt Road**
**Washingtonville, NY 10992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215,000.00** |
|---|---|---|---|

**Steven Spiegel**
**15 Prices Switch Road**
**Warwick, NY 10990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business loans (2)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Topical BioMedics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,819.58 |
|---|---|---|---|

**Steven Spiegel**
**15 Prices Switch Road**
**Warwick, NY 10990**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Unpaid salary (2019-2020)

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Becket & Lee, PC**<br>**Attnys for American Express**<br>**P.O. Box 3001**<br>**Malvern, PA 19355-0701** | Line  **3.2** <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BWA Law Group APC**<br>**1901 East 4th Street, Suite 150**<br>**Santa Ana, CA 92705** | Line  **3.10** <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Eliot Kirshnitz, Esq.**<br>**NewtekOne, Inc.**<br>**1981 Marcus Avenue, Suite 130**<br>**Lake Success, NY 11042** | Line  **3.15** <br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Wilson Elser Moskowitz Edelman & Dicker**<br>**Attn: William Cortellessa, Esq.**<br>**1133 Westchester Avenue**<br>**West Harrison, NY 10604** | Line  **3.16** <br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,302,362.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,302,362.57 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Topical BioMedics, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Content License Agreement; Notice of default and intent to terminate served upon AltwellRX prior to Ch11 filing** |
| State the term remaining | **AltWellRX, Inc.**<br>**Attn: John P. Takacs**<br>**6121 Evian Place**<br>**Boynton Beach, FL 33437** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing agreement** |
| State the term remaining | **Expires 2027** |
| | **Cosmetic Solutions, LLC**<br>**6101 Park of Commerce Blvd.**<br>**Boca Raton, FL 33487** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month lease on office premises located at 148 N. Main Street, Florida, New York** |
| State the term remaining | |
| | **Main & Jayne Real Estate**<br>**148 N. Main Street**<br>**Florida, NY 10921** |
| List the contract number of any government contract | |

Debtor 1  **Topical BioMedics, Inc.**                                    Case number *(if known)* _____

First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 2026** | |
| | List the contract number of any government contract | | **Ouachita Contract Manufacturing LLC**<br>**2801 Sterlington Road**<br>**Monroe, LA 71203** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial premises located at 306 VanDale Road, West Hurley, New York** | |
|---|---|---|---|
| | State the term remaining | **Terminates 4/30/2026** | |
| | List the contract number of any government contract | | **VanDale Properties, LLC**<br>**PO Box 205**<br>**West Hurley, NY 12491** |

**Fill in this information to identify the case:**

Debtor name    **Topical BioMedics, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Louis & Aurora Paradise** | **8 Taylor Lane Cape May, NJ 08204** | **KeyBank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Steven Spiegel** | **15 Pricees Switch Road Washingtonville, NY 10992** | **U.S. Small Business Administration** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Steven Spiegel** | **15 Prices Switch Road Warwick, NY 10990** | **American Express Business Gold** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.4 | **Fundamental Topricin Inventory LLC** | **148 N. Main Street Florida, NY 10921** | **Ouachita Contract Manufacturing LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |
| 2.5 | **Fundamental Topricin Inventory LLC** | **148 N. Main Street Florida, NY 10921** | **Cosmetic Solutions, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

Debtor    **Topical BioMedics, Inc.**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

Schedule H: Your Codebtors

**Fill in this information to identify the case:**

Debtor name    **Topical BioMedics, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Topical BioMedics, Inc.** | | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **PKF O'Connor Davies, LLP v. Topical BioMedics, Inc.** Index No. 62738/2023 | **Judgment proceeding** | **Westchester County Supreme Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Kimberly Gonzales v. Topical BioMedics, Inc.** 30-2023-01357952-CU-BT-CJC | **Negligent misrepresentation case** | **California Superior Court; Orange County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Newtek Technology Solutions, Inc. v. Topical BioMedics, Inc.** Index No. 604955/2024 | **Judgment proceeding** | **Nassau County Supreme** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Topical BioMedics, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Genova, Malin & Trier, LLP**<br>**1136 Route 9**<br>**Wappingers Falls, NY 12590** | **Attorneys' Fees** | **October 21, 2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Brad Spiegel** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **AltWell RX Inc.**<br>**148 N. Main Street**<br>**Florida, NY 10921** | **Right to commercialize the licensed content (brand name of Topricin)** | **January 1, 2024** | **Unknown** |
| | Relationship to debtor | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | **Topical BioMedics, Inc.** | Case number *(if known)* |
|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

　　☑ No Go to Part 10.
　　☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Topical BioMedics, Inc.** | | Case number *(if known)* | |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

■ None

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

| Debtor | Topical BioMedics, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Fundamental Topricin Inventory LLC** | **Debtor invested $350k as capital contribution; Fundamental Credit Advisors was the other original member.  In November, 2023, debtor was eliminated as member of FTI** | EIN:<br><br>From-To   12/18/21 - 11/2023 |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Rosenthal | 125 Westerly Terrace<br>Hartford, CT 06105 | Audit committe chair | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Mazzarella | 110 Doyle Road<br>Tolland, CT 06084 | Legal committee chair | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Stanton | 9 Dillworth Court<br>Simpsonville, SC 29681 | Secretary of the board | |

Debtor   **Topical BioMedics, Inc.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dennis Barnett | 124 Moffatt Road<br>Washingtonville, NY 10992 | Chairman of the board / CEO | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steven Spiegel | 15 Prices Switch Road<br>Warwick, NY 10990 | CEO | August, 2019 (interim). Elected permanent CEO in December, 2019 - 11/6/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | David Rosenthal<br>125 Westerly Terrace<br>Hartford, CT 06105 | $10,000 | 2024 | Board fees |
| | Relationship to debtor<br>Board member | | | |
| 30.2 . | John Stanton<br>9 Dillworth Court<br>Simpsonville, SC 29681 | $10,133 | 2024 | Board fees and reimbursement of expenses |
| | Relationship to debtor<br>Board member | | | |
| 30.3 . | Joseph Mazzarella<br>110 Doyle Road<br>Tolland, CT 06084 | $10,000 | 2024 | Board fees |
| | Relationship to debtor<br>Board member | | | |
| 30.4 . | Propinquity Assoc. Business & Management<br>124 Moffat Road<br>Washingtonville, NY 10992 | $10,375 | 2024 | Board fees and loan repayment |
| | Relationship to debtor<br>Chairman of board-owned entity | | | |

Debtor  **Topical BioMedics, Inc.**                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Main & Jayne Real Estate Inc**<br>**15 Prices Switch Road**<br>**Warwick, NY 10990** | **$6,000** | **2024** | **Office rent** |
| **Relationship to debtor**<br>**Board member-owned entity** | | | |
| 30.6. **Steven Spiegel**<br>**15 Prices Switch Road**<br>**Warwick, NY 10990** | **$750** | **2024** | **Loan repayment** |
| **Relationship to debtor**<br>**Board member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

   **WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 11, 2024**

**/s/ Dennis Barnett**                               **Dennis Barnett**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor  **Chairman of the Board**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re  **Topical BioMedics, Inc.** _____  Case No. _____

_____  Chapter  **11** _____

Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **A. Kimberly Worth**<br>**1032 84th Avenue NE**<br>**Medina, WA 98039-3919** | **Common** | **2,500** | **0.061%** |
| **Adam Boltz**<br>**3 Basswood Drive**<br>**Sussex, NJ 07461** | **Common** | **1,100** | **0.027%** |
| **Adam Napolean & Amber Mamakos**<br>**2570 Laguna Road**<br>**Santa Rosa, CA 95401-3776** | **Common** | **3,000** | **0.073%** |
| **Adelene McIlhinney**<br>**700 Pebble Hill Drive**<br>**Doylestown, PA 18901** | **Common** | **6,600** | **0.162%** |
| **Alan DeLeon**<br>**7601 Beech Tree Road**<br>**Bethesda, MD 20817** | **Common** | **1,000** | **0.024%** |
| **Alan Harris**<br>**840A Main Road**<br>**Dover, NJ 07802** | **Common** | **500** | **0.012%** |
| **Alvin & Sandra Feinberg**<br>**12950 SW 7th Court, Apt. 307**<br>**Pembroke Pines, FL 33027** | **Common** | **2,500** | **0.061%** |
| **Amanda Rose Martinson**<br>**8 Wagner Drive**<br>**Rock Tavern, NY 12575** | **Common** | **50** | **0.001%** |
| **Andrea Chrisjohn**<br>**74 West O'Reilly Street**<br>**Kingston, NY 12401** | **Preferred** | | |
| **Andy Kadison**<br>**228 Avalon Lake Road**<br>**Danbury, CT 06810** | **Preferred** | **175,000** | |
| **Angela Lynn Fraleigh**<br>**431 N Howard Street**<br>**Allentown, PA 18102** | **Common** | **880** | **0.022%** |

Sheet  1 of 25 in List of Equity Security Holders

In re:    **Topical BioMedics, Inc.** _____    Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ann Diangelo**<br>**2 Hook Road**<br>**Rhinebeck, NY 12572** | **Common** | **3,000** | **0.073%** |
| **Anne D. Becker**<br>**426 50th Avenue, Apt. 3**<br>**West Palm Beach, FL 33407** | **Common** | **500** | **0.012%** |
| **AnnMarie Tiernan**<br>**45 Edgewood Drive**<br>**Poughkeepsie, NY 12603** | **Common** | **120** | **0.003%** |
| **Anthony Scano**<br>**40 Putnam Drive**<br>**Hyde Park, NY 12538** | **Common** | **200** | **0.005%** |
| **Anthony Tanzola**<br>**c/o Gregory Tanzola**<br>**41 Hearthstone Lane**<br>**Marlton, NJ 08053** | **Common** | **2,500** | **0.061%** |
| **Arin McIntosh**<br>**896 Spice Valley Road**<br>**Mitchell, IN 47446** | **Common** | **3,000** | **0.073%** |
| **Arthur Matney**<br>**PO Box1489**<br>**Quechee, VT 05059** | **Common** | **40,000** | **0.980%** |
| **Aurora Bisso**<br>**37 10th Street**<br>**Staten Island, NY 10306** | **Common** | **2,500** | **0.061%** |
| **Aurora Mindur**<br>**37 10th Street**<br>**Staten Island, NY 10306** | **Common** | **200** | **0.005%** |
| **Aurora Paradise**<br>**8 Taylor Lane**<br>**Cape May, NJ 08204** | **Common** | **595,576.00** | **14.585%** |
| **Barbara Feldsine**<br>**350 Watersedge Drive**<br>**Cross Hill, SC 29332** | **Common** | **3,000** | **0.073%** |
| **Brian & Douglas Smith**<br>**PO Box 658**<br>**Hagerman, ID 83332** | **Common** | **1,000** | **0.024%** |

List of equity security holders consists of 25 total page(s)

In re: __Topical BioMedics, Inc._____    Case No. _____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Bisso**<br>**130 Spring Street**<br>**Staten Island, NY 10304** | **Common** | **200** | **0.005%** |
| **Brian Riva**<br>**2915 SE Ash Street**<br>**Portland, OR 97214-1827** | **Common** | **6,700** | **0.164%** |
| **Bruce Duryea**<br>**43-28 Piedmont Court**<br>**Morristown, NJ 07960** | **Common** | **500** | **0.012%** |
| **Carla Knauf**<br>**335 State Route 208**<br>**New Paltz, NY 12561** | **Common** | **500** | **0.012%** |
| **Carol Ferguson**<br>**23 Lake Vista Drive**<br>**Cape May Court House, NJ 08210-1135** | **Common** | **1,100** | **0.027%** |
| **Carol Robb**<br>**4117 Karl Road, Apt. 300**<br>**Columbus, OH 43224-2078** | **Common** | **3,000** | **0.073%** |
| **Carolyn Yankoski**<br>**21 Chilton Lane**<br>**Fishersville, VA 22939-2529** | **Common** | **200** | **0.005%** |
| **Catherine Marquart**<br>**10 Diana Court**<br>**East Brunswick, NJ 08816** | **Common** | **2,500** | **0.061%** |
| **Cedar Ohana Cividanes**<br>**191 SE Rocky Road**<br>**Shelton, WA 98584** | **Common** | **1,000** | **0.024%** |
| **Charles & Frances Stek**<br>**25317 Bormann Drive**<br>**New Braunfels, TX 78132-4548** | **Common** | **2,500** | **0.061%** |
| **Charles McIlhinney**<br>**23 Pebble Valley Drive**<br>**Doylestown, PA 18901** | **Common** | **500** | **0.012%** |
| **Chase Aguilar**<br>**612 Conestaga Road**<br>**Berwyn, PA 19312** | **Common** | **100** | **0.002%** |

List of equity security holders consists of 25 total page(s)

In re:   **Topical BioMedics, Inc.** _____   Case No. _____

                                           Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Chelsea Aguilar**<br>**612 Conestoga Road**<br>**Berwyn, PA 19312** | **Common** | **100** | **0.002%** |
| **Chris Francese**<br>**10 W Cedar Street**<br>**Poughkeepsie, NY 12601** | **Common** | **1,000** | **0.024%** |
| **Christine Sause**<br>**1633 S Kirkman Road, Apt. 379**<br>**Orlando, FL 32811-2566** | **Common** | **500** | **0.012%** |
| **Christopher Paradise**<br>**4-6 Union Avenue**<br>**Norwalk, CT 06854** | **Common** | **200** | **0.005%** |
| **Cindy Stern**<br>**744 S 3rd Street**<br>**Philadelphia, PA 19147-3321** | **Common** | **110** | **0.003%** |
| **Claudia Provenzano**<br>**4 Virginia Street**<br>**Kendall Park, NJ 08824-1723** | **Common** | **500** | **0.012%** |
| **Cynthia Luban-Crespo** | **Common** | **3,000** | **0.073%** |
| **Dale Grust**<br>**96 Plains Road**<br>**New Paltz, NY 12561** | **Common** | **2,500** | **0.061%** |
| **Dale Schmidt**<br>**509 W Montclaire Avenue**<br>**Milwaukee, WI 53217-4441** | **Common** | **2,500** | **0.061%** |
| **Dan Giedt**<br>**29 S. Fulton Street**<br>**Westbury, NY 11590** | **Common** | **2,000** | **0.049%** |
| **Dan Giedt**<br>**29 S. Fulton Street**<br>**Westbury, NY 11590** | **Common** | **2,060** | **0.050%** |
| **Daniel & Frances Boltz**<br>**3 Basswood Drive**<br>**Sussex, NJ 07461** | **Common** | **16,500** | **0.404%** |

List of equity security holders consists of 25 total page(s)

In re:  __Topical BioMedics, Inc._____          Case No. _____

                                             Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel Hagenman<br>4 Concord Lane<br>Voorhees, NJ 08043 | Common | 6,000 | 0.147% |
| Dante & Donna Cacace | Common | 5,000 | 0.122% |
| David A. Greene<br>4 Mountain View Avenue<br>Saugerties, NY 12477 | Common | 2,000 | 0.049% |
| David Rosenthal<br>125 Westerly Terrace<br>Hartford, CT 06105 | Preferred | 190,000 | |
| Deborah Lynn Frey<br>10 Schumacher Pond Road<br>Barryville, NY 12719 | Common | 500 | 0.012% |
| Debra Anne Conn<br>55 Currant Drive<br>Clarksboro, NJ 08020 | Common | 1,100 | 0.027% |
| Dennis Barnett<br>124 Moffatt Road<br>Washingtonville, NY 10992 | Preferred | 240,000 | |
| Dennis McIlhinney<br>705 Spruce Hill Drive<br>Ottsville, PA 18942-1542 | Common | 1,200 | 0.029% |
| Diane D'Alton<br>1615 Pennifield Drive<br>Thorofare, NJ 08086 | Common | 4,347 | 0.106% |
| Diane Hanson<br>55 Currant Drive<br>Clarksboro, NJ 08020 | Common | 1,100 | 0.027% |
| Diane Todd<br>2518 17th Avenue S<br>Seattle, WA 98144 | Common | 2,500 | 0.061% |
| Domenic & Helen Codella<br>1421 Fela Avenue<br>North Brunswick, NJ 08902 | Common | 2,500 | 0.061% |

List of equity security holders consists of 25 total page(s)

In re: __Topical BioMedics, Inc._____    Case No. _____
                                     Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Don & Julie Starner<br>27 Gillis Road<br>Grahamsville, NY 12740 | Common | 2,500 | 0.061% |
| Donald & Eileen Woodin<br>1640 Pleasant Hill Drive<br>Charleston, SC 29414 | Common | 13,334 | 0.327% |
| Donald Cunnane<br>772 Hoover Road<br>Blue Bell, PA 19422 | Common | 1,000 | 0.024% |
| Donna Krogh<br>13550 W. White Rock Drive<br>Sun City West, AZ 85375 | Common | 1,000 | 0.024% |
| Dorothy Mindur Baker<br>25 Lower Simcoe Street, Apt. 205<br>Toronto<br>Canada M5J3A1, ON | Common | 200 | 0.005% |
| Douglas & Jeanne Hunt<br>PO Box 6<br>High Falls, NY 12440 | Common | 2,000 | 0.049% |
| Dr. Joseph Lipa Jr. Ltd<br>1021 W Main Street<br>Lansdale, PA 19446 | Common | 5,000 | 0.122% |
| East Park Pharmacy/Peter Angarola<br>650 Violet Avenue<br>Hyde Park, NY 12538 | Common | 2,000 | 0.049% |
| Edgar & Rowen DeLeon<br>4 Renwick Court<br>Rockville, MD 20850 | Common | 1,000 | 0.024% |
| Edith Schneider<br>38 Birch Street<br>Port Washington, NY 11050 | Common | 1,000 | 0.024% |
| Edward Maleady<br>9 Third Street<br>Hoosick Falls, NY 12090-1703 | Common | 1,000 | 0.024% |
| Edwin Christensen III<br>27 Friendship Lane<br>Red Hook, NY 12571 | Common | 40,000 | 0.98% |

List of equity security holders consists of 25 total page(s)

In re:   **Topical BioMedics, Inc.**                                     Case No. _____
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edwin Christensen III**<br>**27 Friendship Lane**<br>**Red Hook, NY 12571** | **Common** | **20,000** | **0.490%** |
| **Eileen Adams Absenger**<br>**138 Tate Avenue**<br>**Buchanan, NY 10511** | **Common** | **1,000** | **0.024%** |
| **Eileen Sunderland**<br>**88 College Avenue**<br>**Poughkeepsie, NY 12603** | **Common** | **7,000** | **0.171%** |
| **Elizabeth Paradise**<br>**10 Garden Street, Apt. 5**<br>**Rhinebeck, NY 12572** | **Common** | **5,500** | **0.135%** |
| **Ellen Manis**<br>**N. Windsor Avenue**<br>**Atlantic City, NJ 08401** | **Common** | **550** | **0.013%** |
| **Elmer DeLeon**<br>**8126 Old Georgetown Road**<br>**Bethesda, MD 20814** | **Common** | **1,000** | **0.024%** |
| **Elvira & Joseph Rodek**<br>**36 9th Street**<br>**Somerset, NJ 08873** | **Common** | **2,500** | **0.061%** |
| **Emileah Jean Aguilar**<br>**612 Conestaga Road**<br>**Berwyn, PA 19312** | **Common** | **100** | **0.002%** |
| **Eric Highbloom**<br>**The Woods**<br>**Wayne, PA 19087** | **Common** | **2,750** | **0.067%** |
| **Flora Benson**<br>**165 Highbluffs Boulevard, Apt. 314**<br>**Columbus, OH 43235** | **Common** | **5,000** | **0.122%** |
| **Frank Bisso**<br>**613 East Road**<br>**Middletown, NJ 07748** | **Common** | **200** | **0.005%** |
| **Frank Damiano**<br>**12 Mariner Drive**<br>**Randolph, NJ 07869** | **Common** | **2,000** | **0.049%** |

List of equity security holders consists of 25 total page(s)

In re:    **Topical BioMedics, Inc.**_____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank Delgais**<br>**PO Box 8593**<br>**Pelham, NY 10803** | **Common** | **2,500** | **0.061%** |
| **Frank Laudino Sr.**<br>**229 Melody Lane**<br>**Lavallette, NJ 08735** | **Common** | **2,500** | **0.061%** |
| **Frank Meuschke**<br>**596 Trelago Way, Unit 12-205**<br>**Maitland, FL 32751** | **Common** | **9,634** | **0.236%** |
| **Gale Knull**<br>**3141 Hatch Lane**<br>**The Villages, FL 32162** | **Common** | **2,000** | **0.049%** |
| **Garrett Hanson Aguilar**<br>**612 Conestaga Road**<br>**Berwyn, PA 19312** | **Common** | **4,347** | **0.106%** |
| **Gary Hobson**<br>**PO Box 724**<br>**Rhinebeck, NY 12572** | **Common** | **13,334** | **0.327%** |
| **Gary Quinn**<br>**1465 Cedar Avenue**<br>**Brick, NJ 08724** | **Common** | **1,000** | **0.024%** |
| **Genevieve Jablonski**<br>**39 William Street**<br>**Sayreville, NJ 08872** | **Common** | **2,500** | **0.061%** |
| **Giacomo DiDonato**<br>**16285 Willow Drive**<br>**Wellsville, OH 43968-9732** | **Common** | **14,000** | **0.343%** |
| **Giacomo DiDonato**<br>**16285 Willow Drive**<br>**Wellsville, OH 43968-9732** | **Common** | **10,000** | **0.245%** |
| **Giacomo DiDonato**<br>**16285 Willow Drive**<br>**Wellsville, OH 43968-9732** | **Common** | **14,000** | **0.343%** |
| **Giacomo DiDonato**<br>**16285 Willow Drive**<br>**Wellsville, OH 43968-9732** | **Common** | **14,000** | **0.343%** |

List of equity security holders consists of 25 total page(s)

In re: __Topical BioMedics, Inc._____   Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Giacomo/Sylvia DiDonato<br>16285 Willow Drive<br>Wellsville, OH 43968-9732 | Common | 14,000 | 0.343% |
| Gilbert DeLeon<br>16 Maddy Lane<br>Kingston, NY 12401 | Common | 1,000 | 0.024% |
| Glenn & Diana Hobson<br>7387 S. Broadway, Apt. 1<br>Red Hook, NY 12571 | Common | 13,333 | 0.327% |
| Gloria Antignani<br>1037 North Avenue<br>Stratford, CT 06614 | Common | 5,000 | 0.122% |
| Greg Jorgensen<br>7031 Montauk Point Crossing<br>Bradenton, FL 34212 | Common | 26,668 | 0.653% |
| Harold Lierow<br>7 Barrett Circle<br>Warwick, NY 10990 | Common | 13,333 | 0.327% |
| Harold Lierow<br>7 Barrett Circle<br>Warwick, NY 10990 | Common | 13,333 | 0.327% |
| Helen & Andrew Mako<br>PO Box 308<br>Quaker Hill, CT 06375 | Common | 2,500 | 0.061% |
| Helene Murphy<br>PO Box 308<br>Quaker Hill, CT 06375 | Common | 1,000 | 0.024% |
| Herbert & Joan Baumel<br>86 Rosedale Road<br>Yonkers, NY 10710 | Common | 5,000 | 0.122% |
| Hugh Davis<br>PO Box 306<br>Copake, NY 12516 | Common | 1,000 | 0.024% |
| Igor & Irina Burdenko<br>8 Wessex Road<br>Newton Center, MA 02459 | Common | 1,500 | 0.037% |

List of equity security holders consists of 25 total page(s)

In re:    **Topical BioMedics, Inc.** _____    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Interactive Resources Management Michael Douglas 9048 Woodlake Lane Villa Rica, GA 30180-9623** | **Common** | **7,500** | **0.184%** |
| **Irene Melendez 126 Gracey Street Edison, NJ 08817** | **Common** | **5,000** | **0.122%** |
| **Isaiah Pagano 176 Clinton Corners Road Salt Point, NY 12578** | **Common** | **200** | **0.005%** |
| **Jack DiDonato 16285 Willow Drive Wellsville, OH 43968-9732** | **Common** | **600** | **0.015%** |
| **Jacklyn Hanson 2840 W Fox Chase Circle Doylestown, PA 18902** | **Common** | **100** | **0.002%** |
| **James & Denise Coy 3825 Forest Hill Drive Furlong, PA 18925** | **Common** | **3,000** | **0.073%** |
| **James Haas III 1 South Park Drive Vincentown, NJ 08088** | **Common** | **11,000** | **0.269%** |
| **James Kapalla 16 South Avenue W, Suite 105 Cranford, NJ 07016** | **Common** | **10,000** | **0.245%** |
| **James Kapalla 16 South Avenue W, Suite 105 Cranford, NJ 07016** | **Common** | **13,334** | **0.327%** |
| **James McIlhinney 3547 Shelmire Avenue Philadelphia, PA 19136** | **Common** | **200** | **0.005%** |
| **James Stanton 9582 SE 174th Loop Summerfield, FL 34491** | **Common** | **20,000** | **0.490%** |
| **Janet Alexander 13086 N. 100th Avenue Sun City, AZ 85351** | **Common** | **6,666.67** | **0.163%** |

List of equity security holders consists of 25 total page(s)

In re:  **Topical BioMedics, Inc.** _____     Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Janet Alexander**<br>**13086 N. 100th Avenue**<br>**Sun City, AZ 85351** | **Common** | **7,500** | **0.184%** |
| **Janet Pagniello**<br>**8902 Lost Valley Drive**<br>**Mars, PA 16046** | **Common** | **43,674.66** | **1.070%** |
| **Janet Pagniello**<br>**8902 Lost Valley Drive**<br>**Mars, PA 16046** | **Common** | **22,925.33** | **0.561%** |
| **Janet Pagniello**<br>**8902 Lost Valley Drive**<br>**Mars, PA 16046** | **Common** | **13,680** | **0.335%** |
| **Janet Pagniello**<br>**8902 Lost Valley Drive**<br>**Mars, PA 16046** | **Common** | **3,000** | **0.073%** |
| **Jason Bittner**<br>**1110 Evergreen Street**<br>**Kingston, NY 12401** | **Preferred** | **25,000** | |
| **Jeanne Hanson Colborn**<br>**1361 Boot Road**<br>**West Chester, PA 19380** | **Common** | **1,500** | **0.037%** |
| **Jeanne Hanson Colborn**<br>**1361 Boot Road**<br>**West Chester, PA 19380** | **Common** | **4,347** | **0.106%** |
| **Jeannette Schaller**<br>**4224 Arabella Way**<br>**Little River, SC 29566** | **Common** | **500** | **0.012%** |
| **Jennifer Bisso**<br>**793 Park Avenue**<br>**Middletown, NJ 07748** | **Common** | **200** | **0.005%** |
| **Jennifer Duricko-Erdogan**<br>**6 Peachtree Way**<br>**Morristown, NJ 07960** | **Common** | **15,738** | **0.385%** |
| **Jennifer Duricko-Erdogan**<br>**6 Peachtree Way**<br>**Morristown, NJ 07960** | **Common** | **595,576** | **14.585%** |

List of equity security holders consists of 25 total page(s)

In re:  **Topical BioMedics, Inc.** _____  Case No. _____

_Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jennifer Kraljik**<br>**265 Maple Street**<br>**Islip, NY 11751** | **Common** | **200** | **0.005%** |
| **Jessica Marie Martinson**<br>**23 Straub Drive**<br>**Pleasant Valley, NY 12569** | **Common** | **100** | **0.002%** |
| **Joan Chierchia**<br>**2267 W. 6th Street**<br>**Brooklyn, NY 11223** | **Common** | **1,000** | **0.024%** |
| **Joanne Lipa**<br>**1021 W. Main Street**<br>**Lansdale, PA 19446** | **Common** | **5,000** | **0.122%** |
| **Jocelyn Caruso**<br>**13569 Rand Drive**<br>**Sherman Oaks, CA 91423** | **Common** | **500** | **0.012%** |
| **John & Barbara Jean Hanson III**<br>**120 Skyline Drive**<br>**Downingtown, PA 19335** | **Common** | **2,200** | **0.054%** |
| **John & Kathleen Meuschke**<br>**42 Sullivan Road**<br>**Farmingdale, NY 11735** | **Common** | **27,500** | **0.673%** |
| **John & Linda McIlhinney**<br>**1634 Broad Street**<br>**Perkasie, PA 18944** | **Common** | **1,100** | **0.027%** |
| **John & Lorraine Charette**<br>**16 Sherry Road**<br>**East Brunswick, NJ 08816** | **Common** | **5,000** | **0.122%** |
| **John & Maria Adelaide Monteiro**<br>**85 WA Street**<br>**Hudson, MA 01749** | **Common** | **3,000** | **0.073%** |
| **John Fletcher Hanson III**<br>**120 Skyline Drive**<br>**Downingtown, PA 19335** | **Common** | **4,347** | **0.106%** |
| **John Graham Sr.**<br>**233 Locust Avenue**<br>**Garwood, NJ 07027** | **Common** | **11,000** | **0.269%** |

List of equity security holders consists of 25 total page(s)

In re: __**Topical BioMedics, Inc.**_____     Case No. _____

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Hanson IV<br>120 Skyline Drive<br>Downingtown, PA 19335 | Common | 39 | 0.001% |
| John Keeley<br>86 Hillside Avenue<br>Monsey, NY 10952 | Common | 12,500 | 0.306% |
| John Stanton<br>9 Dillworth Court<br>Simpsonville, SC 29681 | Common | 226,667 | 4.163% |
| John Stanton<br>9 Dillworth Court<br>Simpsonville, SC 29681 | Preferred | 190,000 | |
| Jonathan Heath<br>18 Pearl Street, #3<br>Kingston, NY 12401 | Preferred | 135,000 | |
| Joseph & Patsy Rollo<br>20770 Dean Street<br>Warren, MI 48091-2743 | Common | 1,000 | 0.024% |
| Joseph & Susan McIlhinney<br>576 Maple Avenue<br>Doylestown, PA 18901 | Common | 1,100 | 0.027% |
| Joseph Lecesse<br>2218 State Route 32<br>Modena, NY 12548 | Common | 1,427 | 0.035% |
| Joseph Mazzarella<br>110 Doyle Road<br>Tolland, CT 06084 | Preferred | 190,000 | |
| Joseph T. McIlhinney<br>2180 S Easton Road<br>Doylestown, PA 18901 | Common | 1,100 | 0.027% |
| Josephine Martinson<br>23 Straub Drive<br>Pleasant Valley, NY 12569 | Common | 600 | 0.015% |
| Josephine Pagano Magnotta<br>176 Clinton Corners Road<br>Salt Point, NY 12578 | Common | 10,022 | 0.245% |

List of equity security holders consists of 25 total page(s)

In re:    **Topical BioMedics, Inc.**_____    Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Judith Lawrence**<br>**c/o Desmond Dutcher** | **Common** | **1,000** | **0.024%** |
| **Karen & Roland Langlois**<br>**50 Fair Acres Circle**<br>**Mystic, CT 06355** | **Common** | **500** | **0.012%** |
| **Karen Duricko**<br>**77 West School Street**<br>**Olyphant, PA 18447** | **Common** | **15,750** | **0.386%** |
| **Karen Sklodowski**<br>**4422 Woodway Avenue**<br>**Cleveland, OH 44134-1160** | **Common** | **2,000** | **0.049%** |
| **Karen Stevens**<br>**1293 First Avenue, Apt. 2**<br>**New York, NY 10021** | **Common** | **2,500** | **0.061%** |
| **Karl Jon Martinson**<br>**23 Straub Drive**<br>**Pleasant Valley, NY 12569** | **Common** | **100** | **0.002%** |
| **Katherine Gates-Buettner**<br>**67 Johnsontown Road**<br>**Sloatsburg, NY 10974** | **Common** | **12,500** | **0.306%** |
| **Katherine Grace Martinson**<br>**8 Wagner Drive**<br>**Rock Tavern, NY 12575** | **Common** | **50** | **0.001%** |
| **Kathleen Crampton**<br>**93 Sunnybrook Circle**<br>**Highland, NY 12528** | **Common** | **500** | **0.012%** |
| **Kathleen Petagine**<br>**19 Pond Drive E**<br>**Rhinebeck, NY 12572** | **Common** | **1,000** | **0.024%** |
| **Kathy Lynn / Rodney Clarkson**<br>**125 Lincoln Circle**<br>**Maryland, NY 12116** | **Common** | **13,334** | **0.327%** |
| **Ken & Anita Harvey**<br>**37 10th Street**<br>**Staten Island, NY 10306** | **Common** | **1,000** | **0.024%** |

List of equity security holders consists of 25 total page(s)

In re:  **Topical BioMedics, Inc.** _____    Case No. _____
                                    Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kevin Costa**<br>**352 S. Mountain Road**<br>**Wallkill, NY 12589** | **Common** | **4,269** | **0.105%** |
| **Kevin O'Connor**<br>**96160 Ocean Breeze Drive**<br>**Fernandina Beach, FL 32034** | **Common** | **7,500** | **0.184%** |
| **Kim Alderman**<br>**PO Box 620**<br>**Woodstock, NY 12498** | **Common** | **2,000** | **0.049%** |
| **Kimberly Duricko**<br>**405 Autumn Drive**<br>**Moscow, PA 18444** | **Common** | **100** | **0.002%** |
| **Kristen Findley-Lobb**<br>**100 Jones Street**<br>**Marietta, PA 17547** | **Common** | **1,423** | **0.035%** |
| **Lai Look**<br>**54 Headlines Drive**<br>**Hilton Head Island, SC 29926** | **Common** | **1,000** | **0.024%** |
| **Laura Dzwonek**<br>**220 Wayne Road**<br>**Rotonda West, FL 33947** | **Common** | **1,451** | **0.036%** |
| **Lauren Nicole Anderson**<br>**34 Middle Highway**<br>**East Hampton, NY 11937** | **Common** | **500** | **0.012%** |
| **Lillian Zelanin**<br>**80 Myrtle Avenue**<br>**Ansonia, CT 06401** | **Common** | **5,000** | **0.122%** |
| **Linda Zastenchik**<br>**393 Waterbury Hill Road**<br>**Lagrangeville, NY 12540** | **Preferred** | **25,000** | |
| **Lisa & Todd Damkoehler**<br>**6320 Pasadena Point Blvd S.**<br>**Saint Petersburg, FL 33707** | **Common** | **6,667** | **0.163%** |
| **Lisa Marie Tiernan**<br>**45 Edgewood Drive**<br>**Poughkeepsie, NY 12603** | **Common** | **50** | **0.001%** |

List of equity security holders consists of 25 total page(s)

In re:  **Topical BioMedics, Inc.** _____    Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lisa Olinger**<br>**93 Mechanic Street**<br>**Upton, MA 01568** | **Common** | **5,000** | **0.122%** |
| **Loraine Greene**<br>**4 Mountain View Avenue**<br>**Saugerties, NY 12477** | **Common** | **1,500** | **0.037%** |
| **Lou Paradise**<br>**8 Taylor Lane**<br>**Cape May, NJ 08204** | **Common** | **595,576** | **14.585%** |
| **Louis & Patricia Bisso**<br>**130 Spring Street**<br>**Staten Island, NY 10304** | **Common** | **14,984** | **0.367%** |
| **Louis Bisso III**<br>**68 Colon Avenue**<br>**Staten Island, NY 10308** | **Common** | **200** | **0.005%** |
| **Lukolic Zeljko**<br>**1125 Lexington Avenue**<br>**New York, NY 10075** | **Common** | **1,000** | **0.024%** |
| **Manuel DeLeon**<br>**2216 Lida Court**<br>**Alexandria, VA 22306** | **Common** | **1,000** | **0.024%** |
| **Margaret Costa**<br>**352 S. Mountain Road**<br>**Wallkill, NY 12589** | **Common** | **14,230** | **0.348%** |
| **Margaret Dineen**<br>**49 Windmill Court**<br>**Huntington Station, NY 11746** | **Common** | **2,500** | **0.061%** |
| **Margaret Doner**<br>**PO Box 294**<br>**Staatsburg, NY 12580** | **Common** | **500** | **0.012%** |
| **Margaret Martino**<br>**19 Wayside Drive**<br>**PO Box 545**<br>**Hurley, NY 12443** | **Preferred** | **25,000** | |
| **Margaret Snaidas**<br>**29 Riverview Avenue**<br>**Piscataway, NJ 08854** | **Common** | **1,000** | **0.024%** |

List of equity security holders consists of 25 total page(s)

In re: __Topical BioMedics, Inc._____    Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Maria Hanson<br>2840 W Fox Chase Circle<br>Doylestown, PA 18901 | Common | 100 | 0.002% |
| Maria Lecesse<br>512 Barbados Drive<br>Lake Wales, FL 33859 | Common | 4,897 | 0.120% |
| Maria Stokes<br>14 Delafield Street<br>Poughkeepsie, NY 12601 | Common | 3,000 | 0.073% |
| Marianne Lipa<br>1021 W Main Street<br>Lansdale, PA 19446 | Common | 5,000 | 0.122% |
| Marjorie Lapham<br>22 Beckrick Drive<br>Rhinebeck, NY 12572 | Common | 10,000 | 0.245% |
| Mark Codella<br>in trust for Stephn Codella<br>11 Fawnwood Drive<br>Voorhees, NJ 08043 | Common | 1,000 | 0.024% |
| Mark Pagano<br>38 Croft Road<br>Poughkeepsie, NY 12603 | Common | 8,635 | 0.211% |
| Mark Tetreault<br>25 Kircher Road<br>Saratoga Springs, NY 12866 | Common | 18,667 | 0.457% |
| Mark Witham<br>253 Brookside Avenue<br>Ridgewood, NJ 07450 | Preferred | 110,000 | |
| Martin & Garret Aguilar<br>612 Conestaga Road<br>Berwyn, PA 19312 | Common | 650 | 0.016% |
| Marybeth & Rob Hanson<br>2840 W Fox Chase Circle<br>Doylestown, PA 18902 | Common | 12,700 | 0.311% |
| Maryellen Martinson LMT<br>23 Straub Drive<br>Pleasant Valley, NY 12569 | Common | 550 | 0.013% |

List of equity security holders consists of 25 total page(s)

In re:    **Topical BioMedics, Inc.** _____    Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matt Damiano**<br>**12 Mariner Drive**<br>**Randolph, NJ 07869** | **Common** | **15,067** | **0.369%** |
| **Melanie Vasile**<br>**596 Trelago Way, Unit 12-205**<br>**Maitland, FL 32751** | **Common** | **1,000** | **0.024%** |
| **Michael & Carol Duricko**<br>**405 Autumn Drive**<br>**Moscow, PA 18444** | **Common** | **1,000** | **0.024%** |
| **Michael & Danene Foti**<br>**12 Lacey Avenue, #A**<br>**Doylestown, PA 18901** | **Common** | **5,000** | **0.122%** |
| **Michael & Lisa Fuzesi**<br>**30 Janice Drive**<br>**Spotswood, NJ 08884** | **Common** | **2,500** | **0.061%** |
| **Michael Duricko**<br>**1028 Vista Drive**<br>**Coopersburg, PA 18036** | **Common** | **100** | **0.002%** |
| **Michael Guiglotto DC**<br>**614 N. Elting Corners Road**<br>**Highland, NY 12528** | **Common** | **250** | **0.006%** |
| **Michael Yusko**<br>**7619 Uliva Way**<br>**Sarasota, FL 34238-4797** | **Common** | **2,200** | **0.054%** |
| **Michelle & John Graham**<br>**1347 Glenside Avenue**<br>**Downingtown, PA 19335** | **Common** | **5,500** | **0.135%** |
| **Michelle & Mark Hoosier**<br>**400 Eagle Point Drive**<br>**Columbia, SC 29229** | **Common** | **13,334** | **0.327%** |
| **Michelle Fuoco**<br>**34 Virginia Drive**<br>**Kingston, NY 12401** | **Common** | **10,000** | **0.245%** |
| **Nancy Fairchild**<br>**117 NW Chamberlain**<br>**Bend, OR 97701** | **Common** | **20,000** | **0.490%** |

List of equity security holders consists of 25 total page(s)

In re: __**Topical BioMedics, Inc.**_____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nancy Ferrero**<br>**329 Sanford Avenue**<br>**Lyndhurst, NJ 07071** | **Common** | **1,000** | **0.024%** |
| **Nancy Lupiano**<br>**840 Ramapo Valley Road**<br>**Oakland, NJ 07436** | **Common** | **3,000** | **0.073%** |
| **Neil Mansfield**<br>**26 Matuk Drive**<br>**Hyde Park, NY 12538** | **Common** | **1,000** | **0.024%** |
| **Nicholas Capra**<br>**PO Box 72**<br>**East Hanover, NJ 07936** | **Common** | **5,750** | **0.141%** |
| **Nicholas Cilla**<br>**1762 Horizon Sunset Drive**<br>**Las Vegas, NV 89123** | **Common** | **1,200** | **0.029%** |
| **Norman Riker**<br>**26 Indiana Avenue**<br>**Long Beach, NY 11561** | **Common** | **2,000** | **0.049%** |
| **Pamela Grimm**<br>**85 Park Street**<br>**Binghamton, NY 13905** | **Common** | **2,000** | **0.049%** |
| **Patrick Mason**<br>**382 Roche Drive**<br>**Ancramdale, NY 12503** | **Common** | **100** | **0.002%** |
| **Paul Paradise**<br>**7 Lakewood Drive**<br>**Norwalk, CT 06851** | **Common** | **200** | **0.005%** |
| **Paula Patrice**<br>**c/o Karen Langlois**<br>**50 Fair Acres Circle**<br>**Mystic, CT 06355** | **Common** | **500** | **0.012%** |
| **Peter & Debra Harrison**<br>**700 Pebble Hill Drive**<br>**Doylestown, PA 18901** | **Common** | **1,100** | **0.027%** |
| **Peter & Susan Palmer**<br>**5759 Route 315**<br>**Pawlet, VT 05761** | **Common** | **2,500** | **0.061%** |

List of equity security holders consists of 25 total page(s)

In re: __Topical BioMedics, Inc._____    Case No. _____
                                                       Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Harrison**<br>**PO Box 6**<br>**Doylestown, PA 18901** | **Common** | **1,100** | **0.027%** |
| **Peter Joseph Martinson**<br>**23 Straub Drive**<br>**Pleasant Valley, NY 12569** | **Common** | **160** | **0.004%** |
| **Ralph Szeszko**<br>**15 Eugene Boulevard**<br>**South Amboy, NJ 08879** | **Common** | **2,500** | **0.061%** |
| **Richard Allen Stevens**<br>**5134 La Dorna Street**<br>**San Diego, CA 92115** | **Common** | **3,500** | **0.086%** |
| **Richard Arrow**<br>**2159 Magee Avenue**<br>**Philadelphia, PA 19149** | **Common** | **3,000** | **0.073%** |
| **Richard Bisso**<br>**613 East Road**<br>**Middletown, NJ 07748** | **Common** | **500** | **0.012%** |
| **Richard Cividanes**<br>**16450 Laughlin Road**<br>**Guerneville, CA 95446** | **Common** | **14,477** | **0.355%** |
| **Richard DeMuesy, Jr.**<br>**45 San Raphael**<br>**Dana Point, CA 92629** | **Common** | **3,500** | **0.086%** |
| **Richard J. Myers**<br>**4480 Icard Ridge Road**<br>**Hickory, NC 28601-7615** | **Common** | **500** | **0.012%** |
| **Richard Lance**<br>**128 Sparta Avenue**<br>**Newton, NJ 07860** | **Common** | **10,000** | **0.245%** |
| **Richard Lecesse Sr.**<br>**57 Burleigh Road**<br>**New Paltz, NY 12561** | **Common** | **2,200** | **0.054%** |
| **Robert & Anita Fuzesi**<br>**43 Frederick Place**<br>**Old Bridge, NJ 08857-2535** | **Common** | **2,500** | **0.061%** |

List of equity security holders consists of 25 total page(s)

In re:  **Topical BioMedics, Inc.** _____    Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert & Ann Sheeley**<br>**2235 Jefferson Circle**<br>**Little River, SC 29566-9123** | **Common** | **4,289** | **0.105%** |
| **Robert & Leola Terry**<br>**910 Thieriot Avenue, Apt. 2D**<br>**Bronx, NY 10473-3205** | **Common** | **600** | **0.015%** |
| **Robert & Louise Paradise**<br>**56 Gillies Lane**<br>**Norwalk, CT 06854** | **Common** | **1,000** | **0.024%** |
| **Robert & Michele Schopf Jr**<br>**4700 Watson Drive**<br>**Doylestown, PA 18901** | **Common** | **1,000** | **0.024%** |
| **Robert Coager**<br>**5 Mohawk Avenue**<br>**Schenectady, NY 12302** | **Common** | **1,000** | **0.024%** |
| **Robert Frank Hanson**<br>**2840 W Fox Chase Circle**<br>**Doylestown, PA 18902** | **Common** | **4,345** | **0.106%** |
| **Robert McIlhinney**<br>**223 Union Street**<br>**Doylestown, PA 18901** | **Common** | **550** | **0.013%** |
| **Robert Michael Tiernan**<br>**45 Edgewood Drive**<br>**Poughkeepsie, NY 12603** | **Common** | **50** | **0.001%** |
| **Robert Oehl**<br>**286 Old Route 55**<br>**Poughquag, NY 12570** | **Common** | **26,667** | **0.653%** |
| **Robert Oehl**<br>**286 Old Route 55**<br>**Poughquag, NY 12570** | **Common** | **26,667** | **0.653%** |
| **Robert Paradise**<br>**56 Gillies Lane**<br>**Norwalk, CT 06854** | **Common** | **1,000** | **0.024%** |
| **Robin Kozlowski**<br>**15 Aron Street**<br>**Smithtown, NY 11787** | **Common** | **500** | **0.012%** |

List of equity security holders consists of 25 total page(s)

In re: __Topical BioMedics, Inc._____ Case No. _____
                                                Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Russell Michael Martinson**<br>**8 Wagner Drive**<br>**Rock Tavern, NY 12575** | **Common** | **60** | **0.001%** |
| **Scott & Rosani Kowalik**<br>**2075 SW 14th Avenue**<br>**Boynton Beach, FL 33426** | **Common** | **2,957** | **0.072%** |
| **Scott Bisso**<br>**130 Spring Street**<br>**Staten Island, NY 10304** | **Common** | **200** | **0.005%** |
| **Scott McGraw**<br>**12933 Circle Drive**<br>**Rockville, MD 20850** | **Common** | **13,335** | **0.327%** |
| **Sean & Denise Curry**<br>**3715 Wylam Avenue**<br>**Moosic, PA 18507** | **Common** | **100** | **0.002%** |
| **Sequoia River Cividanes**<br>**191 SE Rocky Road**<br>**Shelton, WA 98584** | **Common** | **1,000** | **0.024%** |
| **Sharon Swisher Rovere**<br>**923 Alps Road**<br>**Wayne, NJ 07470** | **Common** | **1,000** | **0.024%** |
| **Sonia Greenhagen**<br>**c/o Karen Langlois**<br>**50 Fairacres Circle**<br>**Mystic, CT 06355** | **Common** | **500** | **0.012%** |
| **Stan & Hazel Kowalik**<br>**2075 SW 14th Avenue**<br>**Boynton Beach, FL 33426** | **Common** | **1,472** | **0.036%** |
| **Starr Culver**<br>**1112 Eolus Avenue**<br>**Encinitas, CA 92024** | **Common** | **13,334** | **0.327%** |
| **Stephanie Pulido Spiegel**<br>**15 Prices Switch Road**<br>**Warwick, NY 10990** | **Preferred** | **110,000** | |
| **Stephen & Helen Dzwonek**<br>**25 Adam Street**<br>**Dunstable, MA 01827** | **Common** | **1,453** | **0.036%** |

List of equity security holders consists of 25 total page(s)

In re:   **Topical BioMedics, Inc.** _____    Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven Cividanes**<br>**191 SE Rocky Road**<br>**Shelton, WA 98584** | **Common** | **13,534** | **0.331%** |
| **Steven Spiegel**<br>**15 Prices Switch Road**<br>**Warwick, NY 10990** | **Common** | **595,000** | **14.571%** |
| **Steven Spiegel**<br>**15 Prices Switch Road**<br>**Warwick, NY 10990** | **Preferred** | **190,000** | |
| **Suja Hart**<br>**16450 Laughlin Road**<br>**Guerneville, CA 95446** | **Common** | **5,000** | **0.122%** |
| **Susan Steele**<br>**32 Beverly Road**<br>**Piscataway, NJ 08854** | **Common** | **2,500** | **0.061%** |
| **Tara Paradise-Dwyer**<br>**31 Starr Drive**<br>**Rhinebeck, NY 12572** | **Common** | **5,000** | **0.122%** |
| **Tennie Green**<br>**183 Suydam Street**<br>**New Brunswick, NJ 08901** | **Common** | **2,000** | **0.049%** |
| **Theodore & Frances Lekakis**<br>**28 Van Nostrand Road**<br>**New Paltz, NY 12561** | **Common** | **15,000** | **0.367%** |
| **Thomas Maloney**<br>**150 E 9th Avenue**<br>**Conshohocken, PA 19428** | **Common** | **1,000** | **0.024%** |
| **Thomas McIlhinney**<br>**PO Box 510**<br>**Jamison, PA 18929** | **Common** | **300** | **0.007%** |
| **Thomas Robinson**<br>**1 Van Evera Drive**<br>**Altamont, NY 12009** | **Common** | **5,000** | **0.122%** |
| **Tim Gold**<br>**157 W 18th Street**<br>**New York, NY 10011** | **Common** | **5,500** | **0.135%** |

List of equity security holders consists of 25 total page(s)

In re:   **Topical BioMedics, Inc.** _____    Case No. _____
                              Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Timothy & Catalina Wagner**<br>**6 Druid Lane**<br>**Malvern, PA 19355** | **Common** | **2,750** | **0.067%** |
| **Timothy Hofinga**<br>**609 W Founders Drive**<br>**Eagle, ID 83616** | **Common** | **1,200** | **0.029%** |
| **Trina Capone (Paradise)**<br>**6 Murphy's Lane**<br>**Brookfield, CT 06804** | **Common** | **5,000** | **0.122%** |
| **Ved & Ilasherr Gupta**<br>**15 Creekside Road**<br>**Hopewell Junction, NY 12533** | **Common** | **13,334** | **0.327%** |
| **Ved & Ilasherr Gupta**<br>**15 Creekside Road**<br>**Hopewell Junction, NY 12533** | **Common** | **15,000** | **0.367%** |
| **Vincent Toth**<br>**2 Catherine Court**<br>**Boonton, NJ 07005-9001** | **Common** | **157,500** | **3.857%** |
| **Virginia Rohr**<br>**4510 Broadhurst Drive**<br>**Columbus, OH 43213-1939** | **Common** | **2,500** | **0.061%** |
| **Walter Zelanin**<br>**256 N. State Street**<br>**Ansonia, CT 06401** | **Common** | **1,000** | **0.024%** |
| **William & Gladys Beal**<br>**924 Palace Garden Way**<br>**Raleigh, NC 27603-2891** | **Common** | **40,000** | **0.980%** |
| **William & Gladys Beal**<br>**924 Palace Garden Way**<br>**Raleigh, NC 27603-2891** | **Common** | **25,000** | **0.612%** |
| **William & Gladys Beal**<br>**924 Palace Garden Way**<br>**Raleigh, NC 27603-2891** | **Common** | **22,000** | **0.539%** |
| **William Colborn**<br>**1361 E. Boot Road, Apt.362**<br>**West Chester, PA 19380** | **Common** | **6,400** | **0.157%** |

List of equity security holders consists of 25 total page(s)

In re:    **Topical BioMedics, Inc.** _____    Case No. _____
                                    _Debtor(s)_

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Epstein**<br>**14757 Cape Drive E**<br>**Jacksonville, FL 32226** | **Common** | **500** | **0.012%** |
| **William Stout, Trustee**<br>**Windmill Investments**<br>**3096 Old White Way**<br>**Ainsworth, IA 52201-9272** | **Common** | **2,500** | **0.061%** |
| **William Wiecher**<br>**14 Pinecrest Road**<br>**New Paltz, NY 12561** | **Common** | **1,434** | **0.035%** |
| **Zachary Sklar**<br>**PO Box 1388**<br>**Olivebridge, NY 12461-0388** | **Common** | **10,000** | **0.245%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 11, 2024** _____    Signature  **/s/ Dennis Barnett** _____
                                                            **Dennis Barnett**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 25 total page(s)

**United States Bankruptcy Court**
**Southern District of New York**

In re   **Topical BioMedics, Inc.**
_____     Case No. _____
                                    Debtor(s)       Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **November 11, 2024**              **/s/ Dennis Barnett**
_____          _____
                                    **Dennis Barnett**/**Chairman of the Board**
                                    Signer/Title

.

ALTWELL RX INC.
148 N. MAIN STREET
FLORIDA, NY 10921


ALTWELLRX, INC.
ATTN: JOHN P. TAKACS
6121 EVIAN PLACE
BOYNTON BEACH, FL 33437


AMERICAN EXPRESS BUSINESS GOLD
PO BOX 981535
EL PASO, TX 79998-1535


BECKET & LEE, PC
ATTNYS FOR AMERICAN EXPRESS
P.O. BOX 3001
MALVERN, PA 19355-0701


BWA LAW GROUP APC
1901 EAST 4TH STREET, SUITE 150
SANTA ANA, CA 92705


CC DATA SOLUTIONS LLC F/K/A BLUE RIVE
A/K/A SPINS
311 W. HURON STREET, SUITE 900
CHICAGO, IL 60654


CENTRI BUSINESS CONSULTING SERVICES
651 E. TOWNSHIP LINE ROAD, UNIT 1663
BLUE BELL, PA 19422-5076


CENTRI VALUATION SERVICES, LLC
8 PENN CENTER
1628 JFK BOULEVARD, SUITE 500
PHILADELPHIA, PA 19103


COMMERCIAL FINANCE PARTNERS, LLC
1200 N. FEDERAL HIGHWAY, SUITE 201
BOCA RATON, FL 33432


COSMETIC SOLUTIONS, LLC
6101 PARK OF COMMERCE BLVD.
BOCA RATON, FL 33487

ELIOT KIRSHNITZ, ESQ.
NEWTEKONE, INC.
1981 MARCUS AVENUE, SUITE 130
LAKE SUCCESS, NY 11042


FUNDAMENTAL TOPRICIN INVENTORY LLC
148 N. MAIN STREET
FLORIDA, NY 10921


JOHN STANTON
9 DILLWORTH COURT
SIMPSONVILLE, SC 29681


JOSEPH MAZZARELLA
110 DOYLE ROAD
TOLLAND, CT 06084


KAPITUS LLC
2500 WILSON BOULEVARD, SUITE 350
ARLINGTON, VA 22201


KELLER AND HECKMAN LLP
1001 G STREET NW, SUITE 500 WEST
WASHINGTON, DC 20001


KEYBANK
PO BOX 94831
CLEVELAND, OH 44101-4831


KIMBERLY GONZALES
C/O PACIFIC TRIAL ATTORNEYS
4100 NEWPORT PLACE DRIVE, SUITE 800
NEWPORT BEACH, CA 92660


KONICA MINOLTA BUSINESS SOLUTIONS USA IN
100 WILLIAMS DRIVE
RAMSEY, NJ 07446


LOUIS & AURORA PARADISE
8 TAYLOR LANE
CAPE MAY, NJ 08204


MAIN & JAYNE REAL ESTATE
148 N. MAIN STREET
FLORIDA, NY 10921

```
MORGAN & SAMPSON
11155 DANA CIRCLE
CYPRESS, CA 90630


NETSUITE
2300 ORACLE WAY
AUSTIN, TX 78741


NEWTEK TECHNOLOGY SOLUTIONS, INC.
1981 MARCUS AVENUE, SUITE 130
LAKE SUCCESS, NY 11042


OUACHITA CONTRACT MANUFACTURING LLC
2801 STERLINGTON ROAD
MONROE, LA 71203


PAUL LEVINE, ESQ.
LEMERY GREISLER LLC
677 BROADWAY, 8TH FLOOR
ALBANY, NY 12207


PKF O'CONNOR DAVIES, LLP
500 MAMARONECK AVENUE
HARRISON, NY 10528


PROPINQUITY ASSOCIATES BUSINESS & MGMT
124 MOFFATT ROAD
WASHINGTONVILLE, NY 10992


SEAN KEMP, ESQ.
44 WEST MARKET STREET
RHINEBECK, NY 12572


STEVEN SPIEGEL
15 PRICES SWITCH ROAD
WARWICK, NY 10990


U.S. SMALL BUSINESS ADMINISTRATION
26 FEDERAL PLAZA, SUITE 3100
NEW YORK, NY 10278


U.S. SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH, TX 76155
```

VANDALE PROPERTIES, LLC
PO BOX 205
WEST HURLEY, NY 12491

WILSON ELSER MOSKOWITZ EDELMAN & DICKER
ATTN: WILLIAM CORTELLESSA, ESQ.
1133 WESTCHESTER AVENUE
WEST HARRISON, NY 10604

A. KIMBERLY WORTH
1032 84TH AVENUE NE
MEDINA, WA 98039-3919

ADAM BOLTZ
3 BASSWOOD DRIVE
SUSSEX, NJ 07461

ADAM NAPOLEAN & AMBER MAMAKOS
2570 LAGUNA ROAD
SANTA ROSA, CA 95401-3776

ADELENE MCILHINNEY
700 PEBBLE HILL DRIVE
DOYLESTOWN, PA 18901

ALAN DELEON
7601 BEECH TREE ROAD
BETHESDA, MD 20817

ALAN HARRIS
840A MAIN ROAD
DOVER, NJ 07802

ALVIN & SANDRA FEINBERG
12950 SW 7TH COURT, APT. 307
PEMBROKE PINES, FL 33027

AMANDA ROSE MARTINSON
8 WAGNER DRIVE
ROCK TAVERN, NY 12575

ANDREA CHRISJOHN
74 WEST O'REILLY STREET
KINGSTON, NY 12401

ANDY KADISON
228 AVALON LAKE ROAD
DANBURY, CT 06810


ANGELA LYNN FRALEIGH
431 N HOWARD STREET
ALLENTOWN, PA 18102


ANN DIANGELO
2 HOOK ROAD
RHINEBECK, NY 12572


ANNE D. BECKER
426 50TH AVENUE, APT. 3
WEST PALM BEACH, FL 33407


ANNMARIE TIERNAN
45 EDGEWOOD DRIVE
POUGHKEEPSIE, NY 12603


ANTHONY SCANO
40 PUTNAM DRIVE
HYDE PARK, NY 12538


ANTHONY TANZOLA
C/O GREGORY TANZOLA
41 HEARTHSTONE LANE
MARLTON, NJ 08053


ARIN MCINTOSH
896 SPICE VALLEY ROAD
MITCHELL, IN 47446


ARTHUR MATNEY
PO BOX1489
QUECHEE, VT 05059


AURORA BISSO
37 10TH STREET
STATEN ISLAND, NY 10306


AURORA MINDUR
37 10TH STREET
STATEN ISLAND, NY 10306

AURORA PARADISE
8 TAYLOR LANE
CAPE MAY, NJ 08204


BARBARA FELDSINE
350 WATERSEDGE DRIVE
CROSS HILL, SC 29332


BRIAN & DOUGLAS SMITH
PO BOX 658
HAGERMAN, ID 83332


BRIAN BISSO
130 SPRING STREET
STATEN ISLAND, NY 10304


BRIAN RIVA
2915 SE ASH STREET
PORTLAND, OR 97214-1827


BRUCE DURYEA
43-28 PIEDMONT COURT
MORRISTOWN, NJ 07960


CARLA KNAUF
335 STATE ROUTE 208
NEW PALTZ, NY 12561


CAROL FERGUSON
23 LAKE VISTA DRIVE
CAPE MAY COURT HOUSE, NJ 08210-1135


CAROL ROBB
4117 KARL ROAD, APT. 300
COLUMBUS, OH 43224-2078


CAROLYN YANKOSKI
21 CHILTON LANE
FISHERSVILLE, VA 22939-2529


CATHERINE MARQUART
10 DIANA COURT
EAST BRUNSWICK, NJ 08816

CEDAR OHANA CIVIDANES
191 SE ROCKY ROAD
SHELTON, WA 98584

CHARLES & FRANCES STEK
25317 BORMANN DRIVE
NEW BRAUNFELS, TX 78132-4548

CHARLES MCILHINNEY
23 PEBBLE VALLEY DRIVE
DOYLESTOWN, PA 18901

CHASE AGUILAR
612 CONESTAGA ROAD
BERWYN, PA 19312

CHELSEA AGUILAR
612 CONESTOGA ROAD
BERWYN, PA 19312

CHRIS FRANCESE
10 W CEDAR STREET
POUGHKEEPSIE, NY 12601

CHRISTINE SAUSE
1633 S KIRKMAN ROAD, APT. 379
ORLANDO, FL 32811-2566

CHRISTOPHER PARADISE
4-6 UNION AVENUE
NORWALK, CT 06854

CINDY STERN
744 S 3RD STREET
PHILADELPHIA, PA 19147-3321

CLAUDIA PROVENZANO
4 VIRGINIA STREET
KENDALL PARK, NJ 08824-1723

CYNTHIA LUBAN-CRESPO

DALE GRUST
96 PLAINS ROAD
NEW PALTZ, NY 12561


DALE SCHMIDT
509 W MONTCLAIRE AVENUE
MILWAUKEE, WI 53217-4441


DAN GIEDT
29 S. FULTON STREET
WESTBURY, NY 11590


DANIEL & FRANCES BOLTZ
3 BASSWOOD DRIVE
SUSSEX, NJ 07461


DANIEL HAGENMAN
4 CONCORD LANE
VOORHEES, NJ 08043


DANTE & DONNA CACACE


DAVID A. GREENE
4 MOUNTAIN VIEW AVENUE
SAUGERTIES, NY 12477


DAVID ROSENTHAL
125 WESTERLY TERRACE
HARTFORD, CT 06105


DEBORAH LYNN FREY
10 SCHUMACHER POND ROAD
BARRYVILLE, NY 12719


DEBRA ANNE CONN
55 CURRANT DRIVE
CLARKSBORO, NJ 08020


DENNIS BARNETT
124 MOFFATT ROAD
WASHINGTONVILLE, NY 10992

DENNIS MCILHINNEY
705 SPRUCE HILL DRIVE
OTTSVILLE, PA 18942-1542


DIANE D'ALTON
1615 PENNIFIELD DRIVE
THOROFARE, NJ 08086


DIANE HANSON
55 CURRANT DRIVE
CLARKSBORO, NJ 08020


DIANE TODD
2518 17TH AVENUE S
SEATTLE, WA 98144


DOMENIC & HELEN CODELLA
1421 FELA AVENUE
NORTH BRUNSWICK, NJ 08902


DON & JULIE STARNER
27 GILLIS ROAD
GRAHAMSVILLE, NY 12740


DONALD & EILEEN WOODIN
1640 PLEASANT HILL DRIVE
CHARLESTON, SC 29414


DONALD CUNNANE
772 HOOVER ROAD
BLUE BELL, PA 19422


DONNA KROGH
13550 W. WHITE ROCK DRIVE
SUN CITY WEST, AZ 85375


DOROTHY MINDUR BAKER
25 LOWER SIMCOE STREET, APT. 205
TORONTO
CANADA M5J3A1, ON


DOUGLAS & JEANNE HUNT
PO BOX 6
HIGH FALLS, NY 12440

DR. JOSEPH LIPA JR. LTD
1021 W MAIN STREET
LANSDALE, PA 19446


EAST PARK PHARMACY/PETER ANGAROLA
650 VIOLET AVENUE
HYDE PARK, NY 12538


EDGAR & ROWEN DELEON
4 RENWICK COURT
ROCKVILLE, MD 20850


EDITH SCHNEIDER
38 BIRCH STREET
PORT WASHINGTON, NY 11050


EDWARD MALEADY
9 THIRD STREET
HOOSICK FALLS, NY 12090-1703


EDWIN CHRISTENSEN III
27 FRIENDSHIP LANE
RED HOOK, NY 12571


EILEEN ADAMS ABSENGER
138 TATE AVENUE
BUCHANAN, NY 10511


EILEEN SUNDERLAND
88 COLLEGE AVENUE
POUGHKEEPSIE, NY 12603


ELIZABETH PARADISE
10 GARDEN STREET, APT. 5
RHINEBECK, NY 12572


ELLEN MANIS
N. WINDSOR AVENUE
ATLANTIC CITY, NJ 08401


ELMER DELEON
8126 OLD GEORGETOWN ROAD
BETHESDA, MD 20814

ELVIRA & JOSEPH RODEK
36 9TH STREET
SOMERSET, NJ 08873


EMILEAH JEAN AGUILAR
612 CONESTAGA ROAD
BERWYN, PA 19312


ERIC HIGHBLOOM
THE WOODS
WAYNE, PA 19087


FLORA BENSON
165 HIGHBLUFFS BOULEVARD, APT. 314
COLUMBUS, OH 43235


FRANK BISSO
613 EAST ROAD
MIDDLETOWN, NJ 07748


FRANK DAMIANO
12 MARINER DRIVE
RANDOLPH, NJ 07869


FRANK DELGAIS
PO BOX 8593
PELHAM, NY 10803


FRANK LAUDINO SR.
229 MELODY LANE
LAVALLETTE, NJ 08735


FRANK MEUSCHKE
596 TRELAGO WAY, UNIT 12-205
MAITLAND, FL 32751


GALE KNULL
3141 HATCH LANE
THE VILLAGES, FL 32162


GARRETT HANSON AGUILAR
612 CONESTAGA ROAD
BERWYN, PA 19312

GARY HOBSON
PO BOX 724
RHINEBECK, NY 12572

GARY QUINN
1465 CEDAR AVENUE
BRICK, NJ 08724

GENEVIEVE JABLONSKI
39 WILLIAM STREET
SAYREVILLE, NJ 08872

GIACOMO DIDONATO
16285 WILLOW DRIVE
WELLSVILLE, OH 43968-9732

GIACOMO/SYLVIA DIDONATO
16285 WILLOW DRIVE
WELLSVILLE, OH 43968-9732

GILBERT DELEON
16 MADDY LANE
KINGSTON, NY 12401

GLENN & DIANA HOBSON
7387 S. BROADWAY, APT. 1
RED HOOK, NY 12571

GLORIA ANTIGNANI
1037 NORTH AVENUE
STRATFORD, CT 06614

GREG JORGENSEN
7031 MONTAUK POINT CROSSING
BRADENTON, FL 34212

HAROLD LIEROW
7 BARRETT CIRCLE
WARWICK, NY 10990

HELEN & ANDREW MAKO
PO BOX 308
QUAKER HILL, CT 06375

HELENE MURPHY
PO BOX 308
QUAKER HILL, CT 06375


HERBERT & JOAN BAUMEL
86 ROSEDALE ROAD
YONKERS, NY 10710


HUGH DAVIS
PO BOX 306
COPAKE, NY 12516


IGOR & IRINA BURDENKO
8 WESSEX ROAD
NEWTON CENTER, MA 02459


INTERACTIVE RESOURCES MANAGEMENT
MICHAEL DOUGLAS
9048 WOODLAKE LANE
VILLA RICA, GA 30180-9623


IRENE MELENDEZ
126 GRACEY STREET
EDISON, NJ 08817


ISAIAH PAGANO
176 CLINTON CORNERS ROAD
SALT POINT, NY 12578


JACK DIDONATO
16285 WILLOW DRIVE
WELLSVILLE, OH 43968-9732


JACKLYN HANSON
2840 W FOX CHASE CIRCLE
DOYLESTOWN, PA 18902


JAMES & DENISE COY
3825 FOREST HILL DRIVE
FURLONG, PA 18925


JAMES HAAS III
1 SOUTH PARK DRIVE
VINCENTOWN, NJ 08088

JAMES KAPALLA
16 SOUTH AVENUE W, SUITE 105
CRANFORD, NJ 07016

JAMES MCILHINNEY
3547 SHELMIRE AVENUE
PHILADELPHIA, PA 19136

JAMES STANTON
9582 SE 174TH LOOP
SUMMERFIELD, FL 34491

JANET ALEXANDER
13086 N. 100TH AVENUE
SUN CITY, AZ 85351

JANET PAGNIELLO
8902 LOST VALLEY DRIVE
MARS, PA 16046

JASON BITTNER
1110 EVERGREEN STREET
KINGSTON, NY 12401

JEANNE HANSON COLBORN
1361 BOOT ROAD
WEST CHESTER, PA 19380

JEANNETTE SCHALLER
4224 ARABELLA WAY
LITTLE RIVER, SC 29566

JENNIFER BISSO
793 PARK AVENUE
MIDDLETOWN, NJ 07748

JENNIFER DURICKO-ERDOGAN
6 PEACHTREE WAY
MORRISTOWN, NJ 07960

JENNIFER KRALJIK
265 MAPLE STREET
ISLIP, NY 11751

JESSICA MARIE MARTINSON
23 STRAUB DRIVE
PLEASANT VALLEY, NY 12569

JOAN CHIERCHIA
2267 W. 6TH STREET
BROOKLYN, NY 11223

JOANNE LIPA
1021 W. MAIN STREET
LANSDALE, PA 19446

JOCELYN CARUSO
13569 RAND DRIVE
SHERMAN OAKS, CA 91423

JOHN & BARBARA JEAN HANSON III
120 SKYLINE DRIVE
DOWNINGTOWN, PA 19335

JOHN & KATHLEEN MEUSCHKE
42 SULLIVAN ROAD
FARMINGDALE, NY 11735

JOHN & LINDA MCILHINNEY
1634 BROAD STREET
PERKASIE, PA 18944

JOHN & LORRAINE CHARETTE
16 SHERRY ROAD
EAST BRUNSWICK, NJ 08816

JOHN & MARIA ADELAIDE MONTEIRO
85 WA STREET
HUDSON, MA 01749

JOHN FLETCHER HANSON III
120 SKYLINE DRIVE
DOWNINGTOWN, PA 19335

JOHN GRAHAM SR.
233 LOCUST AVENUE
GARWOOD, NJ 07027

JOHN HANSON IV
120 SKYLINE DRIVE
DOWNINGTOWN, PA 19335

JOHN KEELEY
86 HILLSIDE AVENUE
MONSEY, NY 10952

JONATHAN HEATH
18 PEARL STREET, #3
KINGSTON, NY 12401

JOSEPH & PATSY ROLLO
20770 DEAN STREET
WARREN, MI 48091-2743

JOSEPH & SUSAN MCILHINNEY
576 MAPLE AVENUE
DOYLESTOWN, PA 18901

JOSEPH LECESSE
2218 STATE ROUTE 32
MODENA, NY 12548

JOSEPH T. MCILHINNEY
2180 S EASTON ROAD
DOYLESTOWN, PA 18901

JOSEPHINE MARTINSON
23 STRAUB DRIVE
PLEASANT VALLEY, NY 12569

JOSEPHINE PAGANO MAGNOTTA
176 CLINTON CORNERS ROAD
SALT POINT, NY 12578

JUDITH LAWRENCE
C/O DESMOND DUTCHER

KAREN & ROLAND LANGLOIS
50 FAIR ACRES CIRCLE
MYSTIC, CT 06355

KAREN DURICKO
77 WEST SCHOOL STREET
OLYPHANT, PA 18447


KAREN SKLODOWSKI
4422 WOODWAY AVENUE
CLEVELAND, OH 44134-1160


KAREN STEVENS
1293 FIRST AVENUE, APT. 2
NEW YORK, NY 10021


KARL JON MARTINSON
23 STRAUB DRIVE
PLEASANT VALLEY, NY 12569


KATHERINE GATES-BUETTNER
67 JOHNSONTOWN ROAD
SLOATSBURG, NY 10974


KATHERINE GRACE MARTINSON
8 WAGNER DRIVE
ROCK TAVERN, NY 12575


KATHLEEN CRAMPTON
93 SUNNYBROOK CIRCLE
HIGHLAND, NY 12528


KATHLEEN PETAGINE
19 POND DRIVE E
RHINEBECK, NY 12572


KATHY LYNN / RODNEY CLARKSON
125 LINCOLN CIRCLE
MARYLAND, NY 12116


KEN & ANITA HARVEY
37 10TH STREET
STATEN ISLAND, NY 10306


KEVIN COSTA
352 S. MOUNTAIN ROAD
WALLKILL, NY 12589

KEVIN O'CONNOR
96160 OCEAN BREEZE DRIVE
FERNANDINA BEACH, FL 32034

KIM ALDERMAN
PO BOX 620
WOODSTOCK, NY 12498

KIMBERLY DURICKO
405 AUTUMN DRIVE
MOSCOW, PA 18444

KRISTEN FINDLEY-LOBB
100 JONES STREET
MARIETTA, PA 17547

LAI LOOK
54 HEADLINES DRIVE
HILTON HEAD ISLAND, SC 29926

LAURA DZWONEK
220 WAYNE ROAD
ROTONDA WEST, FL 33947

LAUREN NICOLE ANDERSON
34 MIDDLE HIGHWAY
EAST HAMPTON, NY 11937

LILLIAN ZELANIN
80 MYRTLE AVENUE
ANSONIA, CT 06401

LINDA ZASTENCHIK
393 WATERBURY HILL ROAD
LAGRANGEVILLE, NY 12540

LISA & TODD DAMKOEHLER
6320 PASADENA POINT BLVD S.
SAINT PETERSBURG, FL 33707

LISA MARIE TIERNAN
45 EDGEWOOD DRIVE
POUGHKEEPSIE, NY 12603

LISA OLINGER
93 MECHANIC STREET
UPTON, MA 01568


LORAINE GREENE
4 MOUNTAIN VIEW AVENUE
SAUGERTIES, NY 12477


LOU PARADISE
8 TAYLOR LANE
CAPE MAY, NJ 08204


LOUIS & PATRICIA BISSO
130 SPRING STREET
STATEN ISLAND, NY 10304


LOUIS BISSO III
68 COLON AVENUE
STATEN ISLAND, NY 10308


LUKOLIC ZELJKO
1125 LEXINGTON AVENUE
NEW YORK, NY 10075


MANUEL DELEON
2216 LIDA COURT
ALEXANDRIA, VA 22306


MARGARET COSTA
352 S. MOUNTAIN ROAD
WALLKILL, NY 12589


MARGARET DINEEN
49 WINDMILL COURT
HUNTINGTON STATION, NY 11746


MARGARET DONER
PO BOX 294
STAATSBURG, NY 12580


MARGARET MARTINO
19 WAYSIDE DRIVE
PO BOX 545
HURLEY, NY 12443

MARGARET SNAIDAS
29 RIVERVIEW AVENUE
PISCATAWAY, NJ 08854

MARIA HANSON
2840 W FOX CHASE CIRCLE
DOYLESTOWN, PA 18901

MARIA LECESSE
512 BARBADOS DRIVE
LAKE WALES, FL 33859

MARIA STOKES
14 DELAFIELD STREET
POUGHKEEPSIE, NY 12601

MARIANNE LIPA
1021 W MAIN STREET
LANSDALE, PA 19446

MARJORIE LAPHAM
22 BECKRICK DRIVE
RHINEBECK, NY 12572

MARK CODELLA
IN TRUST FOR STEPHN CODELLA
11 FAWNWOOD DRIVE
VOORHEES, NJ 08043

MARK PAGANO
38 CROFT ROAD
POUGHKEEPSIE, NY 12603

MARK TETREAULT
25 KIRCHER ROAD
SARATOGA SPRINGS, NY 12866

MARK WITHAM
253 BROOKSIDE AVENUE
RIDGEWOOD, NJ 07450

MARTIN & GARRET AGUILAR
612 CONESTAGA ROAD
BERWYN, PA 19312

MARYBETH & ROB HANSON
2840 W FOX CHASE CIRCLE
DOYLESTOWN, PA 18902


MARYELLEN MARTINSON LMT
23 STRAUB DRIVE
PLEASANT VALLEY, NY 12569


MATT DAMIANO
12 MARINER DRIVE
RANDOLPH, NJ 07869


MELANIE VASILE
596 TRELAGO WAY, UNIT 12-205
MAITLAND, FL 32751


MICHAEL & CAROL DURICKO
405 AUTUMN DRIVE
MOSCOW, PA 18444


MICHAEL & DANENE FOTI
12 LACEY AVENUE, #A
DOYLESTOWN, PA 18901


MICHAEL & LISA FUZESI
30 JANICE DRIVE
SPOTSWOOD, NJ 08884


MICHAEL DURICKO
1028 VISTA DRIVE
COOPERSBURG, PA 18036


MICHAEL GUIGLOTTO DC
614 N. ELTING CORNERS ROAD
HIGHLAND, NY 12528


MICHAEL YUSKO
7619 ULIVA WAY
SARASOTA, FL 34238-4797


MICHELLE & JOHN GRAHAM
1347 GLENSIDE AVENUE
DOWNINGTOWN, PA 19335

MICHELLE & MARK HOOSIER
400 EAGLE POINT DRIVE
COLUMBIA, SC 29229


MICHELLE FUOCO
34 VIRGINIA DRIVE
KINGSTON, NY 12401


NANCY FAIRCHILD
117 NW CHAMBERLAIN
BEND, OR 97701


NANCY FERRERO
329 SANFORD AVENUE
LYNDHURST, NJ 07071


NANCY LUPIANO
840 RAMAPO VALLEY ROAD
OAKLAND, NJ 07436


NEIL MANSFIELD
26 MATUK DRIVE
HYDE PARK, NY 12538


NICHOLAS CAPRA
PO BOX 72
EAST HANOVER, NJ 07936


NICHOLAS CILLA
1762 HORIZON SUNSET DRIVE
LAS VEGAS, NV 89123


NORMAN RIKER
26 INDIANA AVENUE
LONG BEACH, NY 11561


PAMELA GRIMM
85 PARK STREET
BINGHAMTON, NY 13905


PATRICK MASON
382 ROCHE DRIVE
ANCRAMDALE, NY 12503

PAUL PARADISE
7 LAKEWOOD DRIVE
NORWALK, CT 06851


PAULA PATRICE
C/O KAREN LANGLOIS
50 FAIR ACRES CIRCLE
MYSTIC, CT 06355


PETER & DEBRA HARRISON
700 PEBBLE HILL DRIVE
DOYLESTOWN, PA 18901


PETER & SUSAN PALMER
5759 ROUTE 315
PAWLET, VT 05761


PETER HARRISON
PO BOX 6
DOYLESTOWN, PA 18901


PETER JOSEPH MARTINSON
23 STRAUB DRIVE
PLEASANT VALLEY, NY 12569


RALPH SZESZKO
15 EUGENE BOULEVARD
SOUTH AMBOY, NJ 08879


RICHARD ALLEN STEVENS
5134 LA DORNA STREET
SAN DIEGO, CA 92115


RICHARD ARROW
2159 MAGEE AVENUE
PHILADELPHIA, PA 19149


RICHARD BISSO
613 EAST ROAD
MIDDLETOWN, NJ 07748


RICHARD CIVIDANES
16450 LAUGHLIN ROAD
GUERNEVILLE, CA 95446

RICHARD DEMUESY, JR.
45 SAN RAPHAEL
DANA POINT, CA 92629

RICHARD J. MYERS
4480 ICARD RIDGE ROAD
HICKORY, NC 28601-7615

RICHARD LANCE
128 SPARTA AVENUE
NEWTON, NJ 07860

RICHARD LECESSE SR.
57 BURLEIGH ROAD
NEW PALTZ, NY 12561

ROBERT & ANITA FUZESI
43 FREDERICK PLACE
OLD BRIDGE, NJ 08857-2535

ROBERT & ANN SHEELEY
2235 JEFFERSON CIRCLE
LITTLE RIVER, SC 29566-9123

ROBERT & LEOLA TERRY
910 THIERIOT AVENUE, APT. 2D
BRONX, NY 10473-3205

ROBERT & LOUISE PARADISE
56 GILLIES LANE
NORWALK, CT 06854

ROBERT & MICHELE SCHOPF JR
4700 WATSON DRIVE
DOYLESTOWN, PA 18901

ROBERT COAGER
5 MOHAWK AVENUE
SCHENECTADY, NY 12302

ROBERT FRANK HANSON
2840 W FOX CHASE CIRCLE
DOYLESTOWN, PA 18902

ROBERT MCILHINNEY
223 UNION STREET
DOYLESTOWN, PA 18901


ROBERT MICHAEL TIERNAN
45 EDGEWOOD DRIVE
POUGHKEEPSIE, NY 12603


ROBERT OEHL
286 OLD ROUTE 55
POUGHQUAG, NY 12570


ROBERT PARADISE
56 GILLIES LANE
NORWALK, CT 06854


ROBIN KOZLOWSKI
15 ARON STREET
SMITHTOWN, NY 11787


RUSSELL MICHAEL MARTINSON
8 WAGNER DRIVE
ROCK TAVERN, NY 12575


SCOTT & ROSANI KOWALIK
2075 SW 14TH AVENUE
BOYNTON BEACH, FL 33426


SCOTT BISSO
130 SPRING STREET
STATEN ISLAND, NY 10304


SCOTT MCGRAW
12933 CIRCLE DRIVE
ROCKVILLE, MD 20850


SEAN & DENISE CURRY
3715 WYLAM AVENUE
MOOSIC, PA 18507


SEQUOIA RIVER CIVIDANES
191 SE ROCKY ROAD
SHELTON, WA 98584

SHARON SWISHER ROVERE
923 ALPS ROAD
WAYNE, NJ 07470


SONIA GREENHAGEN
C/O KAREN LANGLOIS
50 FAIRACRES CIRCLE
MYSTIC, CT 06355


STAN & HAZEL KOWALIK
2075 SW 14TH AVENUE
BOYNTON BEACH, FL 33426


STARR CULVER
1112 EOLUS AVENUE
ENCINITAS, CA 92024


STEPHANIE PULIDO SPIEGEL
15 PRICES SWITCH ROAD
WARWICK, NY 10990


STEPHEN & HELEN DZWONEK
25 ADAM STREET
DUNSTABLE, MA 01827


STEVEN CIVIDANES
191 SE ROCKY ROAD
SHELTON, WA 98584


SUJA HART
16450 LAUGHLIN ROAD
GUERNEVILLE, CA 95446


SUSAN STEELE
32 BEVERLY ROAD
PISCATAWAY, NJ 08854


TARA PARADISE-DWYER
31 STARR DRIVE
RHINEBECK, NY 12572


TENNIE GREEN
183 SUYDAM STREET
NEW BRUNSWICK, NJ 08901

THEODORE & FRANCES LEKAKIS
28 VAN NOSTRAND ROAD
NEW PALTZ, NY 12561


THOMAS MALONEY
150 E 9TH AVENUE
CONSHOHOCKEN, PA 19428


THOMAS MCILHINNEY
PO BOX 510
JAMISON, PA 18929


THOMAS ROBINSON
1 VAN EVERA DRIVE
ALTAMONT, NY 12009


TIM GOLD
157 W 18TH STREET
NEW YORK, NY 10011


TIMOTHY & CATALINA WAGNER
6 DRUID LANE
MALVERN, PA 19355


TIMOTHY HOFINGA
609 W FOUNDERS DRIVE
EAGLE, ID 83616


TRINA CAPONE (PARADISE)
6 MURPHY'S LANE
BROOKFIELD, CT 06804


VED & ILASHERR GUPTA
15 CREEKSIDE ROAD
HOPEWELL JUNCTION, NY 12533


VINCENT TOTH
2 CATHERINE COURT
BOONTON, NJ 07005-9001


VIRGINIA ROHR
4510 BROADHURST DRIVE
COLUMBUS, OH 43213-1939

WALTER ZELANIN
256 N. STATE STREET
ANSONIA, CT 06401


WILLIAM & GLADYS BEAL
924 PALACE GARDEN WAY
RALEIGH, NC 27603-2891


WILLIAM COLBORN
1361 E. BOOT ROAD, APT.362
WEST CHESTER, PA 19380


WILLIAM EPSTEIN
14757 CAPE DRIVE E
JACKSONVILLE, FL 32226


WILLIAM STOUT, TRUSTEE
WINDMILL INVESTMENTS
3096 OLD WHITE WAY
AINSWORTH, IA 52201-9272


WILLIAM WIECHER
14 PINECREST ROAD
NEW PALTZ, NY 12561


ZACHARY SKLAR
PO BOX 1388
OLIVEBRIDGE, NY 12461-0388